FILED
JUN 23 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Tuesday, 24 June, 2014 12:59:45 PM
Clerk, U.S. District Court, ILCD

G-17-14

Dear Judge,

I'm writing to ask for of Releif for ADA Placment Under the Americans With Disability Act of 1990. I am a 33yr Old Male Above the Knee Amputee. I requier the use of Crutches and Prostetic Leg. I was first Sent to prision in 2004 to Vandalia CC. Where their was stairs for showers, in out of Chow Hall, HCU, ect. Vandalia said they was shiping me to a ADA facility so I could be mobe and attend programs. In 2007 I was sent back to prison and was automatielly sent to a ADA Facility due to my Handicap. In 2013 I was locked back up at Pontiac CC. where they took my leg and crutches from me and I had to hop around the cell to get meals use the bathroom. I wrote Greivances and finally was giving my crutches and was placed in the Health Care for ADA placment. I had several issues with Pontiac CC over ADA issues. Then they Doctor, Warden #3, HCUA came and told me I was going to Hill CC in Galesburg for ADA placment. I got to Hill CC on 4-2-14. I was told by the Doctor this isnt a ADA facility. So I then wrote and Requested a ADA facility

I was told by the ADA Coordinator/Health Care Unit Administrator ADA facilities are only for people in wheel chairs. I have not been able to use the Library Law, due to the stairs The Showers have steps going in them. Their is no slip resistant flooring or benches to set on while showering. My Cell has no hand rails for griping while using the restroom. Their are several thing I could benifit from for being at a ADA Facility. #1 would be showering I have sliped a few time and have problems showering with other people next to me showering I am vonruble while in the shower because I have no way to protect my self when my leg is off their are programs that I cant do because of my disability. I have brought all this to the attention of several people at Hill c.c. and Keep geting told ADA is only for people in wheel chairs. Could the court Please Help me? I have lots of saporting papers but cant get copey but am sending a few to show profe.
Thanks for your time

Please file- copy -return

ILLINOIS DEPARTMENT OF CORRECTIONS
# MEDICAL PERMIT
Pontiac Correctional Center

WCH 204

PRINT Offender's Name: CHENOWETH JIMMY
ID Number: S01741
Living Unit / Cell Number: [X]

- [ ] New Order
- [x] Renewal
- [ ] Change
- [ ] Cancel

Type of Permit

Date: 5.16.13
Duration: 1 year
Expiration Date: 5.16.14

| Left Column | Right Column |
|---|---|
| [x] Low Bunk | [ ] Cane |
| [x] Low Gallery | [ ] C-Pap Machine |
| [x] Slow Walk Pass | [ ] Mouth Guard / Cup |
| [ ] Special Housing – Single Cell | [ ] Hearing Aid |
| [ ] Medical Lay In – WITH Meals | [ ] Heel Cup Size: |
| [ ] Medical Lay In – WITHOUT Meals | [ ] Knee Sleeve/Brace Size: |
| [ ] Wheelchair for Travel (HCU, Visits, Writs) | [ ] Neck Collar Size: |
| [ ] Wheelchair Bound | [ ] Back Brace Size: |
| [x] Handicapped – (L) leg amputee above knee | [ ] TED Hose |
| [ ] Medically Unassigned – No Yard | [x] Security Belt (Alt. Cuff) (Approved) |
| [ ] Medically Unassigned – Exercise encouraged | Other: (L) leg metallic prosthesis |
| MD Note: (L) leg amputee | |

Authorized By: [signature] ANDREW TILDEN, MD
Inputted by: [signature]
Copy to Order:
Date: 5.16.13

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender: You are responsible for maintaining this copy, any altering of this form will result in a disciplinary report and immediate termination of permit.

PON 0422 (Eff. 11/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__PONTIAC CORRECTIONAL__ Center

Offender Information:

Chenoweth, Jimmy   ID#: S01741

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-31-14 11:45a | RN Note | PCPM |
| | S: | |
| | O offender laying down Resp reg & SOB Appear to be sleepy | |
| | A ADA Placement | KMiller |

This was 2 days before I got to Hill CC. Nobody will tell my why they say my placement or medical stadis has changed. My medical stadis has been the same for 10 yrs



**Illinois Department of Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

## GRIEVANCE MEMORANDUM

DATE: 4/30/14

TO: B. Bankert, Chief Engineer
ADA Coordinator

FROM: Lyle Hawkinson
Grievance Officer

SUBJECT: Inmate: Chenoweth    IDOC #: 501741

Grievance Issue: Placement issue - Amputee on top deck of OR

**The attached Grievance is being forwarded to you, per DR 504.830.b), for review and response.** In order to finalize this Grievance within the required time frame, **your response is needed within five (5) working days** of your receipt of this form. **Please review allegations and respond below.** Please indicate your decision below indicating that the grievance is or is not an ADA related issue.

☐ Yes, this will be addressed as an ADA issue.

☒ No, the issue is not ADA related. Please process in the normal manner

Comments: This is not an ADA facility. ADA facilities are for offenders in wheel chairs. You can walk with your prosthetic leg. The crutches were initially Dr. approved however the Warden decided you could use crutches for showering. You also have a shower chair available.

Response Submitted By: _____    Date: 5-5-14

CC: Grievance File
ADA file