E-FILED
Wednesday, 01 October, 2014  12:21:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JIMMY CHENOWETH #S-01741, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 14-CV-1253 |
| ILLINOIS DEPARTMENT OF CORRECTIONS (Hill Correctional Center) | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
ON THE ISSUE OF EXHAUSTION**

NOW COMES the Defendant, the ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby file their Motion for Summary Judgment on the Issue of Exhaustion. Defendant states the following:

1. Plaintiff, Jimmy Chenoweth, is an inmate of the Illinois Department of Corrections and is currently incarcerated at Western Illinois Correctional Center but was incarcerated at Hill Correctional Center the time he filed the present lawsuit.

2. Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 on June 23, 2014. (Doc. 1.)

3. Specifically, Plaintiff alleges that Defendant denied Plaintiff his Americans with Disabilities Act of 1990 ("ADA") placement and use of correctional center facilities including the law library and shower.

4. Plaintiff failed to properly exhaust his administrative remedies prior to filing his Complaint.

6. Filed contemporaneously and incorporated herein, is Defendant's memorandum of law in support of their Motion for Summary Judgment on the Issue of Exhaustion.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this honorable Court grant summary judgment in their favor.

                                                  Respectfully submitted,

                                                  ILLINOIS DEPARTMENT OF CORRECTIONS,

                                                      Defendant,

                                                LISA MADIGAN, Attorney General of the State of Illinois,

| | |
|---|---|
| Christopher L. Higgerson, #6256085 | Attorney for Defendant, |
| Assistant Attorney General | |
| 500 South Second Street | By: s/ Christopher L. Higgerson |
| Springfield, IL  62706 |     CHRISTOPHER L. HIGGERSON |
| (217) 782-9014 |     Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JIMMY CHENOWETH #S-01741, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 14-CV-1253 |
| | ) | |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS (Hill Correctional | ) | |
| Center) | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2014, the foregoing *Defendant's Motion for Summary Judgment on the Issue of Exhaustion*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on the same date, I caused a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant:

Jimmy Chenoweth #S01741
Western Illinois Correctional Center
Inmate Mail
2500 Route 99 South
Mt. Sterling, IL 62353

Respectfully Submitted,
s/ Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
500 South Second Street
Springfield, Illinois  62706
Phone: (217) 782-9014
Fax: (217) 524-5091
E-Mail:  chiggerson@atg.state.il.us