Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Jimmy Chenoweth, | ) ) ) |
| Plaintiff | |
| vs. | ) Case Number: 14-1253 |
| Hill Correctional Center, Illinois Department of Corrections, Kevwe Akpore, | ) ) ) |
| Defendants | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED judgment is entered in favor of defendants and against plaintiff.   This case is dismissed without prejudice and all parties to bear their own costs.

**Dated: April 10, 2015**

                                        s/ Kenneth A. Wells
                                        Kenneth A. Wells
                                        Clerk, U.S. District Court